IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-683-FDW-DCK

| | |
|---|---|
| JOAN EDWARDS, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| BEHR PROCESS CORPORATION; BEHR PAINT CORPORATION; MASCO CORPORATION; THE HOME DEPOT, INC.; and HOME DEPOT U.S.A., INC., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Stay" (Document No. 10) filed January 23, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendants do not oppose the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Stay" (Document No. 10) is **GRANTED**. This matter is **STAYED** until **March 1, 2018**, unless otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that the parties shall file a Status Report, and may request an extension of the Stay, on **February 26, 2018**.

Signed: January 23, 2018

_____
David C. Keesler
United States Magistrate Judge